UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:     Nelson D. Espada          )     08 B 09788
        Elizabeth Espada          )
           Debtor(s),            )     Judge John H. Squires

### ORDER CONFIRMING CHAPTER 13 PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed by the debtor(s) on April 21, 2008, (as modified by the amendment filed on _6-5-08_ ) having been found by the court to comply with the provisions of 11 USC §1325, THE PLAN IS HEREBY CONFIRMED.

Dated: JUN 1 8 2008

_____
John H. Squires
US Bankruptcy Judge

Non-Binding plan Summary:

| Monthly Pmt | Term | Est. UNS% |
|---|---|---|
| $2,698.40 | 60 | 10% |

Office of the Chapter 13 Trustee
Marilyn O Marshall
224 S Michigan
Suite 800
Chicago, IL 60604
(312) 431-1300