UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In re:

Elizabeth Espada

Nelson D. Espada
     Debtors.

Case No. 08-09788

Chapter 13

## NOTICE OF MOTION

To: Nelson D. Espada
14637 Turner
Crestwood, IL  60445

Elizabeth Espada
14637 Turner
Crestwood, IL  60445
Debtor

Chad m. Hayward
343 W. Erie, Ste. 510
Chicago, IL 60610 ,
Attorney for Debtor

Marilyn O. Marshall
224 S. Michigan Ave.
Chicago, IL 60604
Trustee

On the 25th day of February 2009, at 9:30 a.m. we shall appear before the Honorable Judge John H.  Squires in Room 680 of the U.S. District Federal Courthouse at 219 S. Dearborn, Chicago, Illinois, or before any Judge sitting in their stead and present the attached Motion.

**Name:**              MEYER & NJUS, P.A.
**ATTORNEY FOR:**  Plaintiff
**ADDRESS:**         134 N. LaSalle Street, Suite 1840
**TELEPHONE:**     312-443-1340

### PROOF OF SERVICE BY MAIL

I, the undersigned, certify that I served this notice by mailing a copy to the above named addressee at the above named address, and depositing the same in the U.S. mail at 134 N. LaSalle Street, Chicago, IL on or before February 18, 2009 with proper postage prepaid.

DATE February 18, 2009

SIGNATURE  /s/ Diane T. Nauer

sal   201219
File No.: 200812390

February 18, 2009

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In re:                                      Case No. 08-09788

Elizabeth Espada

Nelson Espada                               Chapter 13
        Debtors.

NOTICE OF HEARING AND
MOTION FOR RELIEF FROM THE AUTOMATIC STAY

1. CarMax Auto Finance ("CarMax") by its undersigned attorneys, moves the Court for the relief requested below and give notice of hearing.

2. This Court has jurisdiction over this Motion pursuant to 28 U.S. C. §157 and §1334 and Bankruptcy Rule 5005. This is a core proceeding. The petition commencing this Chapter 13 case was filed on . The case is now pending in this Court.

3. This motion arises under 11 U.S.C. §362(d) and Bankruptcy Rule 4001. This motion is filed under Bankruptcy Rules 9013 and 9014. Movant requests relief with respect to certain personal property.

4. CarMax is a creditor of this Debtor and Estate secured by an interest in a 2003 Chevrolet Trailblazer, VIN 1GNDS13S832339586. Debtor is obligated to make monthly payments of  pursuant to the Contract. Debtor has failed to make the payments due on January 8, 2009 and thereafter. The total amount is in default. CarMax's payoff balance is $11,457.15 as of December 23, 2008, plus attorney fees and costs. Copies of all applicable documents reflecting CarMax's perfected security interest are attached hereto.

5. The present NADA retail value of the 2003 Chevrolet Trailblazer is $11,762.50.

6. Relief from the stay of Section 362 is authorized for cause, including when there is no equity in such property and the property is not necessary for an effective reorganization.

7. Here, the value of the collateral, assuming it is in average condition, is at best nearly equivalent to the outstanding debt. Clearly, there is no equity in this property for this estate.

8. Moreover, because CarMax is not receiving payments, CarMax is not adequately protected.

9. Movant is also requesting that the Court waive the 10 day waiting period as otherwise required under Bankruptcy 4001(a)(3). Good cause exists for this insofar as the property which is in question is both depreciable and mobile and there is always concern by Movant with reference to this type of property concerning the continued use by the Debtor when payments are not being made. Movant has no objection to waiting 10 days with reference to the sale after entry of Order.

10. (Fair Debt Collection Practices Act notice) In accordance with the Fair Debt Collection Practices Act, Title 15 U.S.C.A> Sec. 1695(g), if applicable, unless the person or entity responsible for the payment of the above debt, within thirty days after receipt of this notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid; and if said person(s) or entity notifies the undersigned attorney in writing within said thirty period that the debt, or portion thereof, is disputed, said attorney will obtain verification of the debt and a copy of such verification will be mailed to said person(s) or entity by the undersigned attorney; and upon written request by you within the thirty period, the undersigned attorney will provide the name and address of the original creditor, if different from the current creditor. This is an effort to collect a debt. Any and all information obtained will be used for that purpose.

WHEREFORE, CarMax Auto Finance moves the Court as follows:
1. For an order modifying the automatic stay to permit CarMax Auto Finance to repossess or replevin the 2003 Chevrolet Trailblazer, VIN 1GNDS13S832339586.
2. For such other and further relief as may be just and equitable.


Dated: _____          MEYER & NJUS, P.A.


                                  _____

**RETAIL INSTALLMENT CONTRACT**
**CONSUMER CREDIT SALE**

Contract Number: 17258
Date of Contract: Feb 25, 2008

XMX165134

Seller (Creditor): CarMax Auto Superstores, Inc., 15800 S OAK PARK AVE, TINLEY PARK, IL 60477

Buyer: ELIZABETH ESPADA, 14627 TURNER AV, MIDLOTHIAN, IL 60445

Co-Buyer: NELSON D ESPADA, 14627 TURNER AV, MIDLOTHIAN, IL 60445

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 2,000.00 |
|---|---|---|---|---|
| 12.45 % | $ 8,687.96 | $ 18,612.64 | $ 26,300.50 | $ 27,300.50 |

| Your Payment Schedule will be: | | |
|---|---|---|
| Number of Payments | Amount of Payments | When Payments are Due |
| 60 | $ 420.01 | Monthly beginning Apr 02, 2008 |

**ITEMIZATION OF AMOUNT FINANCED**

| A. CASH PRICE | | |
|---|---|---|
| 1. Cash Price of Vehicle | $ | 18,998.00 |
| 2. Cash Price of Total or Accessories | $ | 315.00 |
| 3. Sales / Excise Tax | $ | 1,348.31 |
| 4. Other Documentation Fee | $ | 47.33 |
| 5. Other | $ | .00 |
| 6. Total Cash Sale Price | $ | 18,705.64 |
| B. DOWNPAYMENT | | |
| 7. Cash Down Payment | $ | 2,000.00 |
| 8. Manufacturer's Rebate | $ | .00 |

| 2006 | CHEVROLET | TRAILBLAZER |
|---|---|---|

NO LIABILITY INSURANCE INCLUDED

| E. AMOUNT FINANCED (C + D) (E = 6) | $ | 18,612.64 |
|---|---|---|

**RETAIL INSTALLMENT CONTRACT**

| Buyer | Elizabeth Espada | Date Feb 25, 2008 |
|---|---|---|
| Co-Buyer | Nelson D Espada | Date Feb 25, 2008 |

NOTICE TO THE BUYER:
1. Do not sign this agreement before you read it or if it contains any blank spaces. 2. You are entitled to an exact copy of the agreement you sign. 3. Under the law you have the right, among others, to pay in advance the full amount due and to obtain under certain conditions a partial refund of the finance charge.

NOTICE APPLICABLE TO PERSONAL, FAMILY OR HOUSEHOLD USE PURCHASES: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

CarMax Business Services, LLC
"d/b/a CarMax Auto Finance"

# STATE OF ILLINOIS

## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 1GNDS13S832339586 | 2003 | CHEVROLET | TRAILBLAZER | UTILITY | X6079690308 |

1GNDS13S832339586

| DATE ISSUED | ODOMETER | CCM | PURCHASED | | PURCHASE DATE |
|---|---|---|---|---|---|
| 03/20/06 | 25102 | | USED | | 02/25/06 |

25102

MOBILE HOME SQ. FT.

TYPE OF TITLE

MAILING ADDRESS

ORIGINAL

CARMAX BUSINESS SERVICES LLC
PO BOX 440609
KENNESAW GA 30160

LEGEND(S)

OWNER(S) NAME AND ADDRESS

ACTUAL MILEAGE

ELIZABETH ESPADA
NELSON D ESRADA
14637 TURNER AVE
MIDLOTHIAN IL 60445
FIRST LIENHOLDER NAME AND ADDRESS:

CARMAX BUSINESS SERVICES LLC
PO BOX 440609
KENNESAW GA 30160

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The holder of Lien on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | | Date |
|---|---|---|
| | Signature of Authorized Agent | |
| Firm Name | | |
| | Signature of Authorized Agent | |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.

Secured Party _____ Address _____

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

☐ NO TENTHS
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY

▶ If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair market value unless this document is accompanied by a salvage application.

ODOMETER READING

Signature(s) of Seller(s)

Printed Name(s) of Seller(s)

DATE OF SALE

I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s)

Printed Name

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD.



D39969936
CONTROL NO.

Jesse White
JESSE WHITE, Secretary of State

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS



## Vehicle Pricing & Information
nadaguides.com                                    5/2/2008

Autos • Motorcycles • Boats • Collector Cars • Recreation Vehicles • Manufactured Homes

**SUV**
2003 Chevrolet Trailblazer EXT-1/2 Ton-I6 Utility 4D EXT LS
## PRICING

|  | Clean Trade-In | Clean Retail Value |
|---|---|---|
| **Base Price** |  |  |
|  | $9,850 | $12,075 |
| **Mileage** |  |  |
| 53,110 miles | $800 | $800 |
| **TOTAL PRICE** | $10,650 | $12,875* |

$ 11,762.50

The consumer values on nadaguides.com are based on the Consumer edition of the
N.A.D.A. Official Used Car Guide ®, and should not be utilized for industry purposes. The
consumer values may vary from the N.A.D.A. Official Used Car Guide values presented to
you by insurance companies, banks, credit unions, government agencies and car dealers
due to vehicle condition, regional market differences and frequency of updates.

**Clean Trade-In**
A Clean Trade-In vehicle will be clean and without glaring defects. Tires and glass should
be in good condition. The paint should match and have a good finish. The interior should
have wear in relation to the age of the vehicle. Carpet and seat upholstery should be clean
and all power options should work. The mileage should be within the acceptable range for
the model year. The "Clean Trade-In" value is a national average calculated from the
Official Used Car Guide's ten regions. The "Clean Trade-In" value for your vehicle could be
higher or lower than the national average due to your local market conditions.

**Clean Retail Value**
A Clean Retail vehicle will be clean and without glaring defects. Tires and glass should be
in good condition. The paint should match and have a good finish. The interior should have
wear in relation to the age of the vehicle. Carpet and seat upholstery should be clean, and
all power options should work. The mileage should be within the acceptable range for the
model year.

A Clean Retail vehicle on a dealer lot may include a limited warranty or guarantee, and
possibly a current safety and/or emission inspection (where applicable).

**Note:** Vehicles with low mileage that are in exceptionally good condition and/or include a
manufacturer certification can be worth a significantly higher value than the Clean Retail
price shown.



Finding the exact car you want
doesn't have to be overwhelming.

*AutoTrader.com*   FIND YOUR CAR

▪ Largest Selection of Used Cars Anywhere   ▪ Fast & Easy Search   ▪ Find Your Car in Minutes

©Copyright 2008 NADAguides.com. All Rights Reserved
©NADASC 2008. All Rights Reserved.